# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**JOSEPH JORDAN,**

      Petitioner,

      V.                CASE NUMBER: **07-C-382**

**WARDEN HUIBREGTSE**,

      Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Joseph Jordan's petition pursuant to Title 28, United States Code, Section 2254, is DISMISSED. His motion to stay his petition so he can exhaust his unexhausted claims in state court is DENIED.**

**This action is hereby DISMISSED.**

| | |
|---|---|
|   May 3, 2007 | JON W. SANFILIPPO |
| Date | Clerk |
| | |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |